UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ENISA DAUTOVIC § Case No. 10-21843
ISMAIL DAUTOVIC §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Gregg Szilagyi_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-21843 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | ENISA DAUTOVIC | | | | | Date Filed (f) or Converted (c): | 05/13/10 (f) |
| | ISMAIL DAUTOVIC | | | | | 341(a) Meeting Date: | 07/12/10 |
| For Period Ending: 05/13/11 | | | | | | Claims Bar Date: | 11/10/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE - 2 BR SF HOME 1231 S. HEIDORN | 246,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | CASH | 175.00 | Unknown | DA | 0.00 | Unknown |
| 3 | CHECKING, SAVINGS, ETC. - CHASE | 0.00 | Unknown | | 6,374.91 | FA |
| 4 | WEARING APPAREL | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | AUTOMOBILE 08 PASSAT | 17,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | AUTOMOBILE 05 MERCEDES | 21,000.00 | 0.00 | DA | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.00 | Unknown |

TOTALS (Excluding Unknown Values) $284,775.00 $0.00 $6,375.91

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR):  / /

UST Form 101-7-TFR (10/1/2010) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-21843
Case Name: ENISA DAUTOVIC
ISMAIL DAUTOVIC
Taxpayer ID No: XX-XXX2649
For Period Ending: 05/13/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2273 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/18/10 | 3 | CHASE BANK | BANK ACCOUNT BALANCE | 1129-000 | 6,374.91 | | 6,374.91 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.05 | | 6,374.96 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.12 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.28 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.44 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.60 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.76 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,375.81 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,375.86 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,375.91 |

```
                              COLUMN TOTALS                    6,375.91        0.00       6,375.91
                                 Less: Bank Transfers/CD's         0.00        0.00
                              Subtotal                         6,375.91        0.00
                                 Less: Payments to Debtors         0.00        0.00
                              Net                              6,375.91        0.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | 6,375.91 | 0.00 | 6,375.91 |
| MONEY MARKET ACCOUNT - XXXXXX2273 | 6,375.91 | 0.00 | 6,375.91 |

Total Allocation Receipts: 0.00
Total Net Deposits: 6,375.91
Total Gross Receipts: 6,375.91

(Excludes account transfers)  (Excludes payments to debtors)  Total Funds on Hand

Page Subtotals    6,375.91    0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-21843  
Debtor Name: DAUTOVIC, ENISA  
Claims Bar Date: 11/10/10  

Date: May 13, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $1,387.59 | $1,387.59 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Golf Surgical Center<br>8901 Golf Road<br>Des Plaines, IL 60016<br>Account No. 279135 | Unsecured | | $0.00 | $200.00 | $200.00 |
| 2 300 7100 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $3,047.43 | $3,047.43 |
| 3 300 7100 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $4,331.96 | $4,331.96 |
| 4 300 7100 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $3,674.26 | $3,674.26 |
| 5 300 7100 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,175.35 | $2,175.35 |
| 6 300 7100 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,469.53 | $1,469.53 |
| 7 300 7100 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,415.32 | $2,415.32 |
| 8 300 7100 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $9,224.60 | $9,224.60 |
| 9 300 7100 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $5,770.60 | $5,770.60 |
| 11 300 7100 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $1,980.11 | $1,980.11 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-21843  
Debtor Name: DAUTOVIC, ENISA  
Claims Bar Date: 11/10/10  

Date: May 13, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12<br>300<br>7100 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $8,767.61 | $8,767.61 |
| 13<br>350<br>7200 | HSBC Bank Nevada, N.A.(Menards)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $2,020.51 | $2,020.51 |
| | Case Totals | | | $0.00 | $46,464.87 | $46,464.87 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-21843
Case Name: ENISA DAUTOVIC
ISMAIL DAUTOVIC
Trustee Name: Gregg Szilagyi

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Golf Surgical Center | $ | $ | $ |
| 2 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 3 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 4 | GE Money Bank | $ | $ | $ |
| 5 | GE Money Bank | $ | $ | $ |
| 6 | GE Money Bank | $ | $ | $ |
| 7 | GE Money Bank | $ | $ | $ |
| 8 | Capital Recovery III LLC | $ | $ | $ |
| 9 | Capital Recovery III LLC | $ | $ | $ |
| 11 | Discover Bank | $ | $ | $ |
| 12 | Discover Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | HSBC Bank Nevada, N.A.(Menards) | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE