UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ENISA DAUTOVIC § Case No. 10-21843
ISMAIL DAUTOVIC §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/14/2011 in Courtroom 744,

United States Courthouse
219 S. Dearborn St. Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/13/2011    By: Gregg Szilagyi
                                                             Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ENISA DAUTOVIC § Case No. 10-21843
ISMAIL DAUTOVIC §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,375.91 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,375.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,387.59 | $ 0.00 | $ 1,387.59 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,387.59 |
| Remaining Balance | | | $ 4,988.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,056.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Golf Surgical Center | $ 200.00 | $ 0.00 | $ 23.17 |
| 2 | Fia Card Services, NA/Bank of America | $ 3,047.43 | $ 0.00 | $ 353.05 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 4,331.96 | $ 0.00 | $ 501.87 |
| 4 | GE Money Bank | $ 3,674.26 | $ 0.00 | $ 425.68 |
| 5 | GE Money Bank | $ 2,175.35 | $ 0.00 | $ 252.02 |
| 6 | GE Money Bank | $ 1,469.53 | $ 0.00 | $ 170.25 |
| 7 | GE Money Bank | $ 2,415.32 | $ 0.00 | $ 279.82 |
| 8 | Capital Recovery III LLC | $ 9,224.60 | $ 0.00 | $ 1,068.70 |
| 9 | Capital Recovery III LLC | $ 5,770.60 | $ 0.00 | $ 668.54 |
| 11 | Discover Bank | $ 1,980.11 | $ 0.00 | $ 229.40 |
| 12 | Discover Bank | $ 8,767.61 | $ 0.00 | $ 1,015.77 |

Total to be paid to timely general unsecured creditors        $         4,988.27

Remaining Balance        $                0.05

Tardily filed claims of general (unsecured) creditors totaling $ 2,020.51  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | HSBC Bank Nevada, N.A.(Menards) | $ 2,020.51 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.05 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                                              Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                           Case No. 10-21843-ERW
Enisa Dautovic                                                   Chapter 7
Ismail Dautovic
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann              Page 1 of 2                  Date Rcvd: May 13, 2011
                              Form ID: pdf006             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2011.
db/jdb      +Enisa Dautovic,   Ismail Dautovic,   1231 South Heidorn,   Westchester, Il 60154-3441
aty          Howard L Ward,   Howard L  Ward (Rafati & Ward),   22 West Washington Street 15th Floor,
              10607 S. Harlem Avenue, Worth, Il 604,   Chicago, IL 60602
tr          +Gregg Szilagyi,   542 South Dearborn Street,   Suite 1060,   Chicago, IL 60605-1567
15570041    +Advanced Call Center,   PO Box 8457,   Gray, TN 37615-0457,   Account No. 4841
15570025     Bank of America,   Po Box 15019,   Wilmington, De 19850,   Account No. 488893799
15570003    +Blatt, Hasenmiller, Leibsker & Moore LLC,   125 S Wacker Dr. #400,   Chicago, IL 60606-4440,
              Account No. 2301150
15570009    +Blatt, Hasenmiller, Leibsker & Moore LLC,   125 S Wacker Dr. #400,   Chicago, IL 60606-4440,
              Account No. 2346633
15570004    +Cabela’s Inc.,   One Cabela Drive,   Sidney, NE 69160-1004
15570033    +CitiCards/National Tire Battery,   4600 Houston Road,   Florence, KY 41042-4820,
              Account No. 4544
15570006     CitiFinancial,   605 Munn Road,   Fort Mill, SC 29715,   Account No. 674309550
15570002     Citibank Customer Service,   PO Box 6500,   Sioux Falls, SD 57117-6500
15570008     Citibank Customer Service,   PO Box 6500,   Sioux Falls, SD 57117-6500,   Account No. 60115491059
15570015    +Credit Control LLC,   245 E Roselawn #25,   Maplewood, MN 55117-1989,   Account No. 4552959
15570048    +DCFS USA LLC,   Po Box 997542,   Sacramento, CA 95899-7542,   Account No. 68887
15570007    +DRS/Bonded Collection Systems,   PO Box 498609,   Cincinnati, OH 45249-8609,   Account No. U38933
15570018     Discover Financial Services,   P.O. Box 30943,   Salt Lake City, UT 84130-0943,
              Account No. 601100756
15570024    +Emerge Card,   PO Box 105555,   Atlanta, GA 30348-5555,   Account No. 414682000
15570040    +FIA Card Services,   PO Box 15137,   Wilmington, DE 19850-5137,   Account No. 4841
15570026    +Frederick J. Hanna & Assoc.,   1427 Roswell Road,   Marietta, GA 30062-3668,
              Account No. 09249420
15570043    +Golf Surgical Center,   8901 Golf Road,   Des Plaines, IL 60016-6850,   Account No. 279135
16453934    +HSBC Bank Nevada, N.A.(Menards),   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
              Tucson, AZ 85712-1083
15570023    +Home Depot/Citi,   PO Box 653095,   Dallas, TX 75265-3095,   Account No. 2991
15570035    +J.C. Christensen & Assoc.,   PO Box 519,   Sauk Rapids, MN 56379-0519,   Account No. 9724101
15570020    +Kohl’s/Chase Bank,   Mail Code KY1-0900,   6714 Grade Lane Bldg. 8 Suite 807,
              Louisville, KY 40213-3404,   Account No. 04194966255
15570011    +LVNV Funding LLC,   15 Main St #600,   Greenville, SC 29605
15570022     Menards/Retail Services,   PO Box 17602,   Baltimore, MD 21297,   Account No. 600430011
15570017     Meyer & Njus PA,   200 S 6th Street,   Minneapolis, MN 55402,   Account No. 200910590
15570028     Meyer & Njus PA,   200 S 6th Street,   Minneapolis, MN 55402,   Account No. 200910636
15570030     Meyer & Njus PA,   200 S 6th Street,   Minneapolis, MN 55402,   Account No.200910334
15570032     Meyer & Njus PA,   200 S 6th Street,   Minneapolis, MN 55402,   Account No.200908066
15569999     MidAmerica Bank,   2650 Warrenville Road #500,   Downers Grove, IL 60515,   Account No.541115318
15570000     MidAmerica Bank,   2650 Warrenville Road #500,   Downers Grove, IL 60515,   Account No.730019220
15570038    +NET,   Po Box 811160,   Los Angeles, CA 90081-0003,   Account No. 2109796
15570037    +Nationwide Credit Inc.,   4700 Vestal Pkwy E,   Vestal, NY 13850-4750,   Account No. 01259501F
15570034    +Nordstrom Direct Inquiries,   1700 Seventh Avenue, Suite 300,   Seattle, WA 98101-4407,
              Account No. 426638001
15570047     North Shore Agency,   270 Spagnoli Rd #111,   Melville, NY 11747,   Account No.303367062
15570045     North Shore Agency,   270 Spagnoli Rd #111,   Melville, NY 11747,   Account No.303382574
16098726    +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15570046     Publishers Clearing House,   101 Winners Circle,   Port Washington, NY 11050,
              Account No. 303367062
15570044     Publishers Clearing House,   101 Winners Circle,   Port Washington, NY 11050,
              Account No. 303382574
15570012    +Redline Recovery Services LLC,   11675 Rainwater Dr #350,   Alpharetta, GA 30009-8693,
              Account No. N4835992
15570010    +Sears/CitiBank Credit Card Services,   P.O. Box 6923,   The Lakes, NV 88901-6923,
              Account No. 50499402703
15570013    +Sears/CitiBank Credit Card Services,   P.O. Box 6923,   The Lakes, NV 88901-6923,
              Account No. 512107974
15570005    +Stephens & Michaels Assoc.,   PO Box 109,   Salem, NH 03079-0109,   Account No. 1208378
15570042     Suburban Orthotics & Prosthetics,   450 Lee St,   Des Plaines, IL 60016,   Account No. 12792
15570019    +Waltman, Weinberg & Reis Co,   323 W Lakeside #200,   Cleveland, OH 44113-1099,
              Account No. 7423854
15570039    +Wickes/CitiFinancial Ret. Svcs,   PO Box 22060,   Tempe, AZ 85285-2060,   Account No. 603259032
15570021    +Zwicker & Associates PC,   80 Minuteman Road,   Andover, MA 01810-1008,   Account No. 3365975

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16362469     E-mail/PDF: rmscedi@recoverycorp.com May 13 2011 23:52:32    Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16378747     E-mail/PDF: rmscedi@recoverycorp.com May 13 2011 23:52:32    Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16396444     E-mail/PDF: mrdiscen@discoverfinancial.com May 13 2011 23:48:28    Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
```

```
District/off: 0752-1          User: pseamann            Page 2 of 2                  Date Rcvd: May 13, 2011
                              Form ID: pdf006           Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16062370       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 13 2011 23:46:58
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK   73124-8809
16267112       E-mail/PDF: gecsedi@recoverycorp.com May 13 2011 23:52:28      GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15570031       E-mail/PDF: gecsedi@recoverycorp.com May 13 2011 23:52:29      JCPenney Credit Services,
                Customer Service C/O GEMB,   P.O. Box 981131,   El Paso, TX 79998-1131,   Account No. 5630
15570029       E-mail/PDF: gecsedi@recoverycorp.com May 13 2011 23:52:28      JCPenney Credit Services,
                Customer Service C/O GEMB,   P.O. Box 981131,   El Paso, TX 79998-1131,   Account No. 3743
15570001       E-mail/Text: vci.bkcy@vwcredit.com May 13 2011 22:54:45     Volkswagen Credit,   P.O. Box 3,
                Hillsboro, OR 97123-003,   Account No. 852179401
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15570036      Fifth Third Bank,   PO Box 630900,   Cincinniti, OH 45263-00900,   Account No. 072362040
15570027      Lowe’s Customer Care,   P.O. Box 1111,   North Wilkesboro, NC 28656,   Account No. 798192414
15570016      Sam’s Club,   Member Service,   2101 S.E. Simple Savings Drive,   Bentonville, AR 72716-0745,
                Account No. 771410045
15570014*    +LVNV Funding LLC,   15 Main St #600,   Greenville, SC 29605
                                                                                      TOTALS: 3, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**                    **Signature:**     *Joseph Speetjens*