# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ENISA DAUTOVIC | § | Case No. 10-21843 |
| ISMAIL DAUTOVIC | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Gregg Szilagyi _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Capital Recovery III LLC | | | | | |
| 8 | Capital Recovery III LLC | | | | | |
| 11 | Discover Bank | | | | | |
| 12 | Discover Bank | | | | | |
| 2 | Fia Card Services, NA/Bank of America | | | | | |
| 6 | GE Money Bank | | | | | |
| 5 | GE Money Bank | | | | | |
| 7 | GE Money Bank | | | | | |
| 4 | GE Money Bank | | | | | |
| 1 | Golf Surgical Center | | | | | |
| 13 | HSBC Bank Nevada, N.A.(Menards) | | | | | |
| 3 | PYOD LLC its successors and assigns as assignee of | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-21843 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | ENISA DAUTOVIC | | | | | Date Filed (f) or Converted (c): | 05/13/10 (f) |
| | ISMAIL DAUTOVIC | | | | | 341(a) Meeting Date: | 07/12/10 |
| For Period Ending: | 09/28/11 | | | | | Claims Bar Date: | 11/10/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE - 2 BR SF HOME 1231 S. HEIDORN | 246,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | CASH | 175.00 | Unknown | DA | 0.00 | Unknown |
| 3 | CHECKING, SAVINGS, ETC. - CHASE | 0.00 | Unknown | | 6,374.91 | FA |
| 4 | WEARING APPAREL | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | AUTOMOBILE 08 PASSAT | 17,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | AUTOMOBILE 05 MERCEDES | 21,000.00 | 0.00 | DA | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.08 | Unknown |

TOTALS (Excluding Unknown Values)     $284,775.00     $0.00     $6,375.99

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-21843  
Case Name: ENISA DAUTOVIC  
ISMAIL DAUTOVIC  
Taxpayer ID No: XX-XXX2649  
For Period Ending: 09/28/11  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX2273 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/10 | 3 | CHASE BANK | BANK ACCOUNT BALANCE | 1129-000 | 6,374.91 | | 6,374.91 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.05 | | 6,374.96 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.12 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.28 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.44 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.60 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,375.76 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,375.81 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,375.86 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,375.91 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,375.97 |
| 06/14/11 | INT | Bank of America | Interest | 1270-000 | 0.02 | | 6,375.99 |
| 06/14/11 | | Transfer to Acct#XXXXXX9282 | Transfer of Funds | 9999-000 | | 6,375.99 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 6,375.99 | 6,375.99 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,375.99 | |
| Subtotal | 6,375.99 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 6,375.99 | 0.00 | |

Page Subtotals    6,375.99    6,375.99

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 10-21843
Case Name: ENISA DAUTOVIC
               ISMAIL DAUTOVIC
Taxpayer ID No: XX-XXX2649
For Period Ending: 09/28/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9282 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/14/11 | | Transfer from Acct#XXXXXX2273 | Transfer of Funds | 9999-000 | 6,375.99 | | 6,375.99 |
| 06/14/11 | 001001 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 1,387.59 | 4,988.40 |
| 06/14/11 | 001002 | Golf Surgical Center<br>8901 Golf Road<br>Des Plaines, IL 60016<br>Account No. 279135 | (Final distribution to Claim 1, representing a Payment of 11.58% per court order.) | 7100-000 | | 23.17 | 4,965.23 |
| 06/14/11 | 001003 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | (Final distribution to Claim 2, representing a Payment of 11.59% per court order.) | 7100-000 | | 353.06 | 4,612.17 |
| 06/14/11 | 001004 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | (Final distribution to Claim 3, representing a Payment of 11.59% per court order.) | 7100-000 | | 501.89 | 4,110.28 |
| 06/14/11 | 001005 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 4, representing a Payment of 11.59% per court order.) | 7100-000 | | 425.69 | 3,684.59 |
| | | | Page Subtotals | | 6,375.99 | 2,691.40 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 10-21843
Case Name: ENISA DAUTOVIC
ISMAIL DAUTOVIC
Taxpayer ID No: XX-XXX2649
For Period Ending: 09/28/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9282 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/14/11 | 001006 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 5, representing a Payment of 11.59% per court order.) | 7100-000 | | 252.03 | 3,432.56 |
| 06/14/11 | 001007 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 6, representing a Payment of 11.59% per court order.) | 7100-000 | | 170.25 | 3,262.31 |
| 06/14/11 | 001008 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 7, representing a Payment of 11.59% per court order.) | 7100-000 | | 279.83 | 2,982.48 |
| 06/14/11 | 001009 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 8, representing a Payment of 11.59% per court order.) | 7100-000 | | 1,068.73 | 1,913.75 |
| 06/14/11 | 001010 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 9, representing a Payment of 11.59% per court order.) | 7100-000 | | 668.56 | 1,245.19 |
| | | | Page Subtotals | | 0.00 | 2,439.40 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 10-21843
Case Name: ENISA DAUTOVIC
ISMAIL DAUTOVIC
Taxpayer ID No: XX-XXX2649
For Period Ending: 09/28/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9282 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/14/11 | 001011 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 11, representing a Payment of 11.59% per court order.) | 7100-000 | | 229.41 | 1,015.78 |
| 06/14/11 | 001012 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 12, representing a Payment of 11.59% per court order.) | 7100-000 | | 1,015.78 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,375.99 | 6,375.99 | 0.00 |
| Less: Bank Transfers/CD's | 6,375.99 | 0.00 | |
| Subtotal | 0.00 | 6,375.99 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 6,375.99 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX2273 | 6,375.99 | 0.00 | 0.00 |
| CHECKING ACCOUNT - XXXXXX9282 | 0.00 | 6,375.99 | 0.00 |
| | 6,375.99 | 6,375.99 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 6,375.99
Total Gross Receipts: 6,375.99

Page Subtotals   0.00   1,245.19